Simranjit Kaur (SBN 309239)
Info@kaurlawyer.com
The Law Office of Simran Kaur
122 East 12th Street,
Tracy, CA. 95376
Telephone: (925)817-0209

*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANTZ CHARITE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Mesa Verde ICE Processing Center,<br><br>Respondent. | CASE NO. 1:26-cv-6709 DC CSK<br><br>**~~[PROPOSED]~~ ORDER ON STIPULATION TO EXTEND DEADLINES SET IN ECF NO. 10** |

The parties have stipulated to extend the deadlines set in the Court's October 13, 2026 Minute Order (ECF No. 10). Pursuant to the stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's deadline to file either an amended petition or a supplemental traverse to Respondent's answer is extended from October 29, 2026 to November 16, 2026.

2. If Petitioner files an amended petition, Respondent shall file an answer or motion to dismiss by November 25, 2026.

3. Petitioner's reply to an answer, or opposition to a motion to dismiss, is due seven days after service of Respondent's filing, and any reply by Respondent to an opposition is due seven days after service of the opposition. All other provisions of the Court's order (ECF No. 10) remain in effect.

IT IS SO ORDERED.

Dated: November 3, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/char6709.stip.eot